UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CITYVIEW AT RIVERWALK, LLC, and FOCUS DEVELOPMENT, INC., <br><br>Plaintiffs, <br><br>v. <br><br>KNOXVILLE'S COMMUNITY DEVELOPMENT CORPORATION and THE CITY OF KNOXVILLE, TENNESSEE, <br><br>Defendants. | No. 3:11-CV-50 <br>(JORDAN/GUYTON) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion for Leave to Serve Additional Interrogatories, [Doc. 63]. In this motion, the Defendants move the Court to grant permission to propound a total of forty (40) interrogatories on the Plaintiffs. In their Response [Doc. 64], Plaintiffs represent that they do not object to the request to serve forty interrogatories. Plaintiffs, however, reserve any other available objections that they may pose in response to the interrogatories.

Pursuant to Rule 33, a party may serve twenty-five (25) interrogatories, unless otherwise ordered by the Court or stipulated. Fed. R. Civ. P. 33(a)(1). Based upon the parties' agreement and given the nature of this case, the Court finds that the request to serve fifteen (15) additional interrogatories – *i.e.* forty interrogatories in total – is appropriate. Defendants' Motion for Leave **[Doc. 63]** is **GRANTED**, and Defendants are **GRANTED** leave to propound a total of forty (40)

interrogatories on Plaintiffs. To the extent the Plaintiffs may also require additional interrogatories, the Plaintiffs are **GRANTED** the same relief, and if they elect to do so, the Plaintiffs may propound a total of forty (40) interrogatories on the Defendants.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge